**FILED**

**NOV - 3 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ellen L. Delaine, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **06 1881** |
| | ) | |
| United States *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; it is

FURTHER ORDERED that the complaint against the United States, the United States Postal Service and the District of Columbia is DISMISSED; it is

FURTHER ORDERED that the complaint against defendants Sheryl E. Ellison, William S. Fralin, Thomas H. DeLaine and Franklin P. DeLaine is DISMISSED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1406(a), the remainder of this case is TRANSFERRED to the United States District Court for the Eastern District of Virginia. This is a final appealable Order.

SO ORDERED.

*Rosemary M. Colyer*
United States District Judge

Date: 17 Oct 2006